| AO 10<br>Rev. 1/2019 | **FINANCIAL DISCLOSURE REPORT**<br>**FOR CALENDAR YEAR 2020** | *Report Required by the Ethics*<br>*in Government Act of 1978*<br>*(5 U.S.C. app. §§ 101-111)* |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>Marrero, Victor | 2. Court or Organization<br><br>U.S. District Court, S.D.N.Y. | 3. Date of Report<br><br>08/17/2021 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>U.S. District Judge - Senior | 5a. Report Type (check appropriate type)<br><br>☐ Nomination     Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>**5b.** ☐ Amended Report | 6. Reporting Period<br><br>01/01/2020<br>**to**<br>12/31/2020 |
| 7. Chambers or Office Address<br><br>U.S. District Court, SDNY<br>500 Pearl Street<br>New York, New York 10007 | | |

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | New York Public Library |
| 2. | Trustee | American Museaun of Natural History |
| 3. | | |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Marrero, Victor** | 08/17/2021 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|
| 1. 2020 | Verizon-vested pension | $13,500.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2020 | salary, Bloomberg, LP |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Marrero, Victor** | 08/17/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Marrero, Victor** | 08/17/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. JPMORGAN CHASE MONEY MARKET and CHECKING ACCOUNTS | A | Interest | M | T | | | | | |
| 2. | | | | | | | | | |
| 3. FIDELITY NY MUN. INC. FD. | A | Dividend | M | T | | | | | |
| 4. FIDELITY ROLLOVER IRA: VM3468 (See Lines 5 through 140) (H) | | | | | | | | | |
| 5. Strategic Ads. Large Cap Fund | B | Dividend | O | T | Buy | 11/24/20 | J | | |
| 6. | | | | | Sold (part) | 12/16/20 | J | A | |
| 7. Strategic Ads. Core Fund | A | Dividend | M | T | Merged (with line 5) | 11/20/20 | J | | |
| 8. Strategic Advs. Value Fund | A | Dividend | M | T | Merged (with line 5) | 11/20/20 | J | | |
| 9. Strategic Ads. Growth Fund | A | Dividend | M | T | Merged (with line 5) | 11/20/20 | J | | |
| 10. | | | | | | | | | |
| 11. Strategic Advs. Value Fund | D | Dividend | | | Buy (add'l) | 03/09/20 | J | | |
| 12. | | | | | Buy (add'l) | 04/03/20 | J | | |
| 13. | | | | | Sold (part) | 04/27/20 | J | A | |
| 14. | | | | | Sold (part) | 06/08/20 | J | A | |
| 15. | | | | | Sold (part) | 08/19/20 | J | A | |
| 16. | | | | | Buy (add'l) | 09/14/20 | J | | |
| 17. | | | | | Sold (part) | 10/26/20 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Marrero, Victor** | 08/17/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. | A | Dividend | | | Merged<br>(with line 5) | 11/20/20 | M | A | |
| 19. Strategic Advs. Small Mid-Cap Fd | C | Dividend | L | T | Sold<br>(part) | 01/22/20 | J | B | |
| 20. | | | | | Buy<br>(add'l) | 03/09/20 | J | | |
| 21. | | | | | Buy<br>(add'l) | 04/03/20 | J | | |
| 22. | | | | | Sold<br>(part) | 04/27/20 | J | A | |
| 23. | | | | | Sold<br>(part) | 06/08/20 | J | A | |
| 24. | | | | | Buy<br>(add'l) | 07/01/20 | J | | |
| 25. | | | | | Sold<br>(part) | 08/19/20 | J | B | |
| 26. | | | | | Buy<br>(add'l) | 09/14/20 | J | | |
| 27. | | | | | Sold<br>(part) | 10/26/20 | J | B | |
| 28. | | | | | Sold<br>(part) | 12/16/20 | J | B | |
| 29. Strategic Advs. International Fund | D | Dividend | M | T | Buy<br>(add'l) | 03/09/20 | J | | |
| 30. | | | | | Buy<br>(add'l) | 04/03/20 | J | | |
| 31. | | | | | Sold<br>(part) | 04/27/20 | J | A | |
| 32. | | | | | Sold<br>(part) | 06/08/20 | J | A | |
| 33. | | | | | Buy<br>(add'l) | 07/01/20 | J | | |
| 34. | | | | | Buy<br>(add'l) | 09/14/20 | J | | |

| | | | | |
|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| **Marrero, Victor** | 08/17/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Buy (add'l) | 10/26/20 | J | | |
| 36. | | | | | Sold (part) | 11/24/20 | J | A | |
| 37. | | | | | Sold (part) | 12/16/20 | J | A | |
| 38. Strategic Advs. Core Fund | D | Dividend | | | Sold (part) | 01/22/20 | J | A | |
| 39. | | | | | Buy (add'l) | 03/09/20 | K | | |
| 40. | | | | | Buy (add'l) | 04/03/20 | J | | |
| 41. | | | | | Sold (part) | 06/08/20 | J | A | |
| 42. | | | | | Buy (add'l) | 07/01/20 | J | | |
| 43. | | | | | Sold (part) | 08/19/20 | J | A | |
| 44. | | | | | Buy (add'l) | 09/14/20 | J | | |
| 45. | A | Dividend | | | Merged (with line 5) | 11/20/20 | M | A | |
| 46. Strategic Advs. Growth Fund | D | Dividend | | | Sold (part) | 01/22/20 | J | A | |
| 47. | | | | | Buy (add'l) | 04/03/20 | J | | |
| 48. | | | | | Sold (part) | 04/27/20 | J | A | |
| 49. | | | | | Sold (part) | 06/08/20 | J | A | |
| 50. | | | | | Sold (part) | 07/01/20 | J | A | |
| 51. | | | | | Sold (part) | 07/31/20 | J | A | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Marrero, Victor** | 08/17/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Sold (part) | 08/19/20 | J | A | |
| 53. | | | | | Sold (part) | 09/14/20 | J | A | |
| 54. | | | | | Sold (part) | 10/26/20 | J | A | |
| 55. | A | Dividend | | | Merged (with line 5) | 11/20/20 | M | A | |
| 56. Strategic Advs. Emerging Markets | A | Dividend | K | T | Buy (add'l) | 04/03/20 | J | | |
| 57. | | | | | Sold (part) | 06/08/20 | J | A | |
| 58. | | | | | Buy (add'l) | 07/01/20 | J | | |
| 59. | | | | | Buy (add'l) | 07/31/20 | J | | |
| 60. | | | | | Buy (add'l) | 09/14/20 | J | | |
| 61. | | | | | Buy (add'l) | 10/26/20 | J | | |
| 62. | | | | | Sold (part) | 12/16/20 | J | A | |
| 63. Strategic Advs. Core Income Fund | E | Dividend | O | T | Buy (add'l) | 01/22/20 | K | | |
| 64. | | | | | Sold (part) | 03/09/20 | K | B | |
| 65. | | | | | Sold (part) | 04/03/20 | K | B | |
| 66. | | | | | Buy (add'l) | 04/27/20 | J | | |
| 67. | | | | | Sold (part) | 07/01/20 | J | A | |
| 68. | | | | | Buy (add'l) | 07/31/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Marrero, Victor** | 08/17/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69. | | | | | Buy<br>(add'l) | 08/19/20 | J | | |
| 70. | | | | | Sold<br>(part) | 09/14/20 | J | A | |
| 71. | | | | | Buy<br>(add'l) | 10/26/20 | J | | |
| 72. | | | | | Sold<br>(part) | 11/24/20 | J | A | |
| 73. | | | | | Buy<br>(add'l) | 12/16/20 | J | | |
| 74. Strategic Advs. Income Opportunities | B | Dividend | K | T | Buy<br>(add'l) | 04/27/20 | J | | |
| 75. | | | | | Buy<br>(add'l) | 06/08/20 | J | | |
| 76. | | | | | Buy<br>(add'l) | 07/01/20 | J | | |
| 77. | | | | | Buy<br>(add'l) | 07/31/20 | J | | |
| 78. | | | | | Buy<br>(add'l) | 08/19/20 | J | | |
| 79. | | | | | Buy<br>(add'l) | 09/14/20 | J | | |
| 80. | | | | | Buy<br>(add'l) | 10/26/20 | J | | |
| 81. | | | | | Buy<br>(add'l) | 11/24/20 | J | | |
| 82. | | | | | Buy<br>(add'l) | 12/16/20 | J | | |
| 83. Fidelity Gov't Cash Reserves | A | Interest | J | T | Buy<br>(add'l) | 03/12/20 | J | | |
| 84. | | | | | Sold<br>(part) | 03/13/20 | J | A | |
| 85. | | | | | Buy<br>(add'l) | 04/27/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Marrero, Victor** | 08/17/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐    NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 86. | | | | | Sold<br>(part) | 04/28/20 | J | A | |
| 87. | | | | | Buy<br>(add'l) | 06/08/20 | K | | |
| 88. | | | | | Sold<br>(part) | 07/01/20 | J | A | |
| 89. | | | | | Sold<br>(part) | 07/01/20 | J | A | |
| 90. | | | | | Buy<br>(add'l) | 07/07/20 | J | | |
| 91. | | | | | Sold<br>(part) | 07/31/20 | J | A | |
| 92. | | | | | Sold<br>(part) | 07/31/20 | J | | |
| 93. | | | | | Buy<br>(add'l) | 08/19/20 | J | | |
| 94. | | | | | Sold<br>(part) | 08/21/20 | J | A | |
| 95. | | | | | Buy<br>(add'l) | 09/14/20 | J | | |
| 96. | | | | | Sold<br>(part) | 10/26/20 | J | A | |
| 97. | | | | | Sold<br>(part) | 10/26/20 | J | A | |
| 98. | | | | | Sold<br>(part) | 11/13/20 | J | A | |
| 99.    FIMM Gov't Portfolio Inst Cl | A | Dividend | | | Sold<br>(part) | 02/24/20 | J | A | |
| 100. | | | | | Buy<br>(add'l) | 04/03/20 | J | | |
| 101. | | | | | Buy<br>(add'l) | 04/27/20 | J | | |
| 102. | | | | | Buy<br>(add'l) | 04/28/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 103. | | | | | Sold<br>(part) | 05/18/20 | J | A | |
| 104. | | | | | Sold | 06/08/20 | K | A | |
| 105. Strategic Advs. Short Duration Fund | B | Dividend | L | T | Sold<br>(part) | 03/09/20 | J | A | |
| 106. | | | | | Buy<br>(add'l) | 03/12/20 | J | | |
| 107. | | | | | Buy<br>(add'l) | 03/13/20 | J | | |
| 108. | | | | | Sold<br>(part) | 04/03/20 | J | B | |
| 109. | | | | | Buy<br>(add'l) | 04/27/20 | J | | |
| 110. | | | | | Buy<br>(add'l) | 06/08/20 | J | | |
| 111. | | | | | Sold<br>(part) | 07/01/20 | J | A | |
| 112. | | | | | Sold<br>(part) | 07/31/20 | J | A | |
| 113. | | | | | Sold<br>(part) | 08/19/20 | J | A | |
| 114. | | | | | Sold<br>(part) | 09/14/20 | K | A | |
| 115. | | | | | Buy<br>(add'l) | 10/26/20 | J | | |
| 116. | | | | | Buy<br>(add'l) | 12/16/20 | J | | |
| 117. Fidelity SAI U.S. Large Cap. Index | A | Dividend | | | Sold<br>(part) | 01/22/20 | J | A | |
| 118. | | | | | Sold | 04/27/20 | J | A | |
| 119. Fidelity SAI Int'l Index | A | Dividend | | | Sold<br>(part) | 04/03/20 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Marrero, Victor** | 08/17/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐   NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | | | | | Sold | 07/01/20 | J | A | |
| 121.  Fidelity SAI Emerg Mkts Index | A | Dividend | | | Buy (add'l) | 01/22/20 | J | | |
| 122. | | | | | Sold (part) | 03/09/20 | J | A | |
| 123. | | | | | Sold (part) | 04/03/20 | J | A | |
| 124. | | | | | Sold | 07/01/20 | J | A | |
| 125.  AQR Managed Futures Fund CL N | A | Dividend | J | T | Sold (part) | 04/03/20 | J | A | |
| 126. | | | | | Buy (add'l) | 06/08/20 | J | | |
| 127. | | | | | Sold (part) | 08/19/20 | J | A | |
| 128. | | | | | Sold (part) | 10/26/20 | J | A | |
| 129. | | | | | Sold (part) | 12/16/20 | J | A | |
| 130.  AQR Equity Mkt Neutral Fd | A | Dividend | | | Sold | 04/16/20 | J | A | |
| 131.  Eaton Vance Global Macro Absolute Rtrn Advt A | A | Dividend | J | T | Sold (part) | 06/08/20 | J | A | |
| 132. | | | | | Buy (add'l) | 07/31/20 | J | | |
| 133. | | | | | Sold (part) | 12/16/20 | J | A | |
| 134.  Pimco Commodity Real Retrn Inst | A | Dividend | | | Sold | 03/12/20 | J | A | |
| 135.  Cohen & Steers Realty Shares | A | Dividend | K | T | Buy | 06/08/20 | J | | |
| 136. | | | | | Buy (add'l) | 07/01/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Marrero, Victor** | 08/17/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A | B | | C | | D | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | Income during reporting period | | Gross value at end of reporting period | | Transactions during reporting period | | | | |
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. | | | | | Buy (add'l) | 07/31/20 | J | | |
| 138. | | | | | Buy (add'l) | 10/26/20 | J | | |
| 139. | | | | | Sold (part) | 11/24/20 | J | A | |
| 140. | | | | | Buy (add'l) | 12/16/20 | J | | |
| 141. BLOOMBERG LP. 401(K) PLAN. (See Lines 142 through 150) (H) | | | | | | | | | |
| 142. LifePath Index 2025 NL-G | D | Dividend | M | T | Buy (add'l) | 03/31/20 | J | | |
| 143. | | | | | Buy (add'l) | 06/30/20 | J | | |
| 144. | | | | | Buy (add'l) | 09/30/20 | J | | |
| 145. | | | | | Buy (add'l) | 12/29/20 | J | | |
| 146. Fidelity Contrafund | D | Dividend | M | T | Buy (add'l) | 03/31/20 | J | | |
| 147. | | | | | Buy (add'l) | 06/30/20 | J | | |
| 148. | | | | | Buy (add'l) | 09/30/20 | J | | |
| 149. | | | | | Buy (add'l) | 12/29/20 | J | | |
| 150. | | | | | | | | | |
| 151. FIDELITY SEP IRA: VMW2531 (See Lines 152 through 232) (H) | | | | | | | | | |
| 152. Strategic Ads. Large Cap. Fund | A | Dividend | M | T | Sold (part) | 12/17/20 | J | A | |
| 153. Strategic Ads. Value Fund | A | Dividend | M | T | Merged (with line 152) | 11/20/20 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Marrero, Victor** | 08/17/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 154.  Strategic Ads. Growth Fund | A | Dividend | L | T | Merged<br>(with line 152) | 11/20/20 | L | | |
| 155.  Strategic Advs. Core Fund | A | Dividend | L | T | Merged<br>(with line 152) | 11/20/20 | L | | |
| 156.  Strategic Advs. Value Fund | C | Dividend | | | Buy<br>(add'l) | 03/06/20 | J | | |
| 157. | | | | | Buy<br>(add'l) | 04/01/20 | J | | |
| 158. | | | | | Merged<br>(with line 152) | 11/20/20 | L | A | |
| 159.  Strategic Advs. Small-Mid Cap Fd | A | Dividend | K | T | Sold<br>(part) | 06/05/20 | J | A | |
| 160. | | | | | Buy<br>(add'l) | 06/30/20 | J | | |
| 161.  Strategic Advs. International Fund | B | Dividend | L | T | Sold<br>(part) | 01/23/20 | J | A | |
| 162. | | | | | Buy<br>(add'l) | 03/06/20 | J | | |
| 163. | | | | | Buy<br>(add'l) | 04/01/20 | J | | |
| 164. | | | | | Sold<br>(part) | 06/05/20 | J | | |
| 165. | | | | | Buy<br>(add'l) | 06/30/20 | J | | |
| 166. | | | | | Buy<br>(add'l) | 10/23/20 | J | | |
| 167.  Strategic Advs. Core Fund | C | Dividend | | | Sold<br>(part) | 01/23/20 | J | A | |
| 168. | | | | | Sold<br>(part) | 03/06/20 | J | A | |
| 169. | | | | | Buy<br>(add'l) | 04/27/20 | J | | |
| 170. | | | | | Buy<br>(add'l) | 04/28/20 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| **Marrero, Victor** | 08/17/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 171. | | | | | Sold<br>(part) | 05/22/20 | J | A | |
| 172. | | | | | Buy<br>(add'l) | 06/30/20 | J | | |
| 173. | | | | | Sold<br>(part) | 08/20/20 | J | A | |
| 174. | | | | | Sold<br>(part) | 10/23/20 | J | A | |
| 175. | | | | | Merged<br>(with line 152) | 11/20/20 | L | | |
| 176. Strategic Advs. Growth Fund | C | Dividend | | | Sold<br>(part) | 01/23/20 | J | A | |
| 177. | | | | | Sold<br>(part) | 04/16/20 | J | A | |
| 178. | | | | | Merged<br>(with line 152) | 11/20/20 | L | A | |
| 179. Strategic Advs. Emerging Markets | A | Dividend | K | T | Buy<br>(add'l) | 03/06/20 | J | | |
| 180. | | | | | Buy<br>(add'l) | 04/01/20 | J | | |
| 181. | | | | | Buy<br>(add'l) | 06/30/20 | J | | |
| 182. | | | | | Buy<br>(add'l) | 07/30/20 | J | | |
| 183. | | | | | Buy<br>(add'l) | 10/23/20 | J | | |
| 184. Strategic Advs. Core Income Fund | D | Dividend | M | T | Buy<br>(add'l) | 01/23/20 | J | | |
| 185. | | | | | Sold<br>(part) | 03/06/20 | J | A | |
| 186. | | | | | Buy<br>(add'l) | 03/23/20 | J | | |
| 187. | | | | | Buy<br>(add'l) | 03/24/20 | J | | |

| | | | | | |
| --- | --- | --- | --- | --- | --- |
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 188. | | | | | Sold (part) | 04/01/20 | J | A | |
| 189. | | | | | Sold (part) | 04/27/20 | J | A | |
| 190. | | | | | Sold (part) | 06/30/20 | J | A | |
| 191. | | | | | Buy (add'l) | 08/20/20 | J | | |
| 192. | | | | | Sold (part) | 09/11/20 | J | A | |
| 193. | | | | | Sold (part) | 10/23/20 | J | A | |
| 194. | | | | | Buy (add'l) | 12/17/20 | J | | |
| 195. Strategic Advs. Income Opportunities Fund | A | Dividend | K | T | Buy (add'l) | 04/27/20 | J | | |
| 196. | | | | | Buy (add'l) | 06/05/20 | J | | |
| 197. | | | | | Buy (add'l) | 06/30/20 | J | | |
| 198. | | | | | Buy (add'l) | 07/30/20 | J | | |
| 199. | | | | | Buy (add'l) | 08/20/20 | J | | |
| 200. | | | | | Buy (add'l) | 09/11/20 | J | | |
| 201. | | | | | Buy (add'l) | 10/23/20 | J | | |
| 202. | | | | | Buy (add'l) | 12/01/20 | J | | |
| 203. | | | | | Buy (add'l) | 06/30/20 | J | | |
| 204. | | | | | Buy (add'l) | 12/17/20 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Marrero, Victor** | 08/17/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 205.  Strategic Advs. Short Duration Fund | A | Dividend | | | Buy<br>(add'l) | 04/01/20 | J | | |
| 206. | | | | | Buy<br>(add'l) | 06/05/20 | J | | |
| 207. | | | | | Sold<br>(part) | 06/30/20 | J | A | |
| 208. | | | | | Sold<br>(part) | 07/30/20 | J | A | |
| 209. | | | | | Sold<br>(part) | 08/20/20 | J | A | |
| 210. | | | | | Sold | 09/11/20 | J | A | |
| 211.  Pimco Commodity Real Return Inst. | A | Dividend | | | Sold | 03/23/20 | J | A | |
| 212.  FIMM Gov't Port Inst CL | A | Dividend | | | Buy<br>(add'l) | 04/16/20 | J | | |
| 213. | | | | | Buy<br>(add'l) | 04/27/20 | J | | |
| 214. | | | | | Buy<br>(add'l) | 04/27/20 | J | | |
| 215. | | | | | Sold<br>(part) | 05/18/20 | J | | |
| 216. | | | | | Sold | 05/22/20 | J | A | |
| 217.  Fidelity Gov't Cash Reserves | A | Dividend | J | T | | | | | |
| 218. | | | | | | | | | |
| 219.  Fidelity SAI U.S. Large Cap Index | A | Dividend | | | Sold<br>(part) | 01/23/20 | J | A | |
| 220. | | | | | Sold | 04/27/20 | J | A | |
| 221.  Fidelity SAI Internat'l Index | A | Dividend | | | Sold<br>(part) | 04/01/20 | J | A | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Marrero, Victor** | 08/17/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 222. | | | | | Sold | 06/30/20 | J | A | |
| 223. | | | | | Sold<br>(part) | 01/23/20 | J | A | |
| 224. Fidelity SAI Emerg. Mkts. Index | A | Dividend | | | Buy<br>(add'l) | 01/23/20 | J | | |
| 225. | | | | | Sold<br>(part) | 03/06/20 | J | A | |
| 226. | | | | | Sold | 04/01/20 | J | A | |
| 227. AQR Managed Futures Fund Cl N | A | Dividend | J | T | Sold<br>(part) | 12/01/20 | J | A | |
| 228. | | | | | Sold<br>(part) | 12/17/20 | J | A | |
| 229. Eaton Vance Gl Macro Absolute Rtrn Advt<br>A | A | Dividend | J | T | | | | | |
| 230. Cohen & Spears Realty Shares | A | Dividend | J | T | Buy | 06/05/20 | J | | |
| 231. | | | | | Buy<br>(add'l) | 06/30/20 | J | | |
| 232. | | | | | Buy<br>(add'l) | 07/30/20 | J | | |
| 233. FIDELITY ROLLOVER IRA: VMW2558<br>(See Lines 234 through 300) (H) | | | | | | | | | |
| 234. Strategic Ads. Large Cap Fund | A | Dividend | M | T | Buy<br>(add'l) | 12/01/20 | J | | |
| 235. | | | | | Sold<br>(part) | 12/17/20 | J | A | |
| 236. Strategic Ads. Value Fund | A | Dividend | L | T | Merged<br>(with line 234) | 11/20/20 | K | | |
| 237. Strategic Advs. Core Fund | A | Dividend | L | T | Merged<br>(with line 234) | 11/20/20 | K | | |
| 238. Strategic Ads. Growth Fund | A | Dividend | L | T | Merged<br>(with line 234) | 11/20/20 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Marrero, Victor** | 08/17/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐    NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239.  Strategic Advs. Value Fund | B | Dividend | | | Buy (add'l) | 03/06/20 | J | | |
| 240. | | | | | Buy (add'l) | 04/01/20 | J | | |
| 241. | | | | | Merged (with line 234) | 11/20/20 | K | A | |
| 242.  Strategic Advs. Small-Mid Cap Fund | A | Dividend | K | T | Sold (part) | 03/06/20 | J | A | |
| 243. | | | | | Buy (add'l) | 04/01/20 | J | | |
| 244. | | | | | Sold (part) | 06/05/20 | J | A | |
| 245. | | | | | Sold (part) | 10/23/20 | J | A | |
| 246.  Strategic Advs. International Fund | B | Dividend | K | T | Buy (add'l) | 04/01/20 | J | | |
| 247. | | | | | Sold (part) | 06/05/20 | J | A | |
| 248. | | | | | Buy (add'l) | 06/30/20 | J | | |
| 249. | | | | | Buy (add'l) | 10/23/20 | J | | |
| 250. | | | | | Sold (part) | 12/17/20 | J | A | |
| 251.  Strategic Advs. Core Fund | C | Dividend | L | T | Sold (part) | 01/23/20 | J | A | |
| 252. | | | | | Buy (add'l) | 03/06/20 | J | | |
| 253. | | | | | Sold (part) | 04/16/20 | J | A | |
| 254. | | | | | Buy (add'l) | 04/27/20 | J | | |
| 255. | | | | | Buy (add'l) | 04/28/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Marrero, Victor** | 08/17/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. | | | | | Buy (add'l) | 06/30/20 | J | | |
| 257. | | | | | Sold (part) | 08/20/20 | J | A | |
| 258. | | | | | Merged (with line 234) | 11/20/20 | K | A | |
| 259. Strategic Advs. Growth Fund | B | Dividend | K | T | Sold (part) | 01/23/20 | J | A | |
| 260. | | | | | Merged (with line 234) | 11/20/20 | K | A | |
| 261. Strategic Advs. Emerging Markets | A | Dividend | K | T | Buy (add'l) | 04/01/20 | J | | |
| 262. | | | | | Buy (add'l) | 06/30/20 | J | | |
| 263. Strategic Advs. Short Duration Fund | A | Dividend | J | T | Buy (add'l) | 04/01/20 | J | | |
| 264. | | | | | Sold (part) | 06/30/20 | J | A | |
| 265. | | | | | Sold (part) | 07/30/20 | J | A | |
| 266. | | | | | Sold (part) | 08/20/20 | J | A | |
| 267. | | | | | Sold (part) | 09/11/20 | J | A | |
| 268. Strategic Advs. Core Income Fund | C | Dividend | L | T | Buy (add'l) | 01/23/20 | J | | |
| 269. | | | | | Sold (part) | 03/06/20 | J | A | |
| 270. | | | | | Sold (part) | 04/01/20 | J | A | |
| 271. | | | | | Sold (part) | 04/27/20 | J | A | |
| 272. | | | | | Sold (part) | 06/30/20 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Marrero, Victor** | 08/17/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273. | | | | | Buy (add'l) | 08/20/20 | J | | |
| 274. | | | | | Sold (part) | 10/23/20 | J | A | |
| 275. | | | | | Buy (add'l) | 12/17/20 | J | | |
| 276.  Strategic Advs. Income Opportunities Fd | A | Dividend | J | T | Buy (add'l) | 06/30/20 | J | | |
| 277. | | | | | Buy (add'l) | 07/30/20 | J | | |
| 278. | | | | | Buy (add'l) | 08/20/20 | J | | |
| 279. | | | | | Buy (add'l) | 09/11/20 | J | | |
| 280. | | | | | Buy (add'l) | 10/23/20 | J | | |
| 281. | | | | | Buy (add'l) | 12/01/20 | J | | |
| 282.  Fidelity Gov't Cash Reserves | A | Dividend | J | T | | | | | |
| 283.  FIMM Gov't Portfolio Inst. CI | A | Dividend | | | Sold (part) | 02/24/20 | J | A | |
| 284. | | | | | Buy (add'l) | 04/16/20 | J | | |
| 285. | | | | | Sold (part) | 05/18/20 | J | A | |
| 286. | | | | | Sold | 06/05/20 | J | A | |
| 287.  Fidelity SAI U.S. Large Cap Index | A | Dividend | | | Sold (part) | 01/23/20 | J | A | |
| 288. | | | | | Sold | 04/27/20 | J | A | |
| 289.  Fidelity SAI Internat'l Index | A | Dividend | | | Sold (part) | 04/01/20 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Marrero, Victor** | 08/17/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 290. | | | | | Sold | 06/30/20 | J | A | |
| 291. Fidelity SAI Emerg. Mkts. Index | A | Dividend | | | Buy (add'l) | 01/23/20 | J | | |
| 292. | | | | | Sold (part) | 03/06/20 | J | A | |
| 293. | | | | | Sold (part) | 04/01/20 | J | A | |
| 294. | | | | | Sold | 06/30/20 | J | A | |
| 295. AQR Managed Futures Fund CI N | A | Dividend | J | T | | | | | |
| 296. Eaton Vance GI Macro Absolute Rtm Advt A | A | Dividend | J | T | | | | | |
| 297. Pimco Commodity Real Retrn Inst. | A | Dividend | | | Sold | 03/23/20 | J | A | |
| 298. Cohen & Spears Realty Shares | A | Dividend | J | T | Buy | 06/05/20 | J | | |
| 299. | | | | | Buy (add'l) | 06/30/20 | J | | |
| 300. | | | | | Buy (add'l) | 07/30/20 | J | | |
| 301. FIDELITY JOINT MUTUAL FUNDS 3330 Acct (See Lines 302 through 302) (H) | | | | | | | | | |
| 302. Fidelity Gov't Money Market Core Account | A | Dividend | J | T | | | | | |
| 303. | | | | | | | | | |
| 304. FIDELITY DEFERRED ANNUITY (see Lines 305 through 310) (H) | | | | | | | | | |
| 305. Fidelity VIP Govt Money Market | A | Dividend | N | T | Sold (part) | 05/18/20 | N | A | |
| 306. Fidelity VIP Inv. Grade Bond | A | Dividend | L | T | Buy | 05/18/20 | L | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Marrero, Victor** | 08/17/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307. | | | | | Sold (part) | 10/28/20 | N | A | |
| 308. Fidelity VIP Strategic Income | A | Dividend | N | T | Sold (part) | 10/28/20 | M | A | |
| 309. Morgan Stanley Emerg Mkt Debt | A | Dividend | M | T | Sold (part) | 10/28/20 | L | A | |
| 310. Fidelity VIP Floating Rt High Inc. | A | Dividend | N | T | Sold (part) | 10/28/20 | M | A | |
| 311. FIDELITY JOINT MUTUAL FUNDS 7048 ACCT (See lines 312 through 393) (H) | | | | | | | | | |
| 312. Fidelity Intl Small Cap Opp Fund | A | Dividend | J | T | | | | | |
| 313. Fidelity Growth Company | A | Dividend | J | T | Sold (part) | 12/02/20 | J | A | |
| 314. Fidelity Overseas | A | Dividend | J | T | Sold (part) | 03/12/20 | J | A | |
| 315. Fidelity Value Discovery | A | Dividend | J | T | Sold (part) | 03/12/20 | J | A | |
| 316. Aberdeen Emerg Mrkts Fd Instl SV CL | A | Dividend | J | T | Sold (part) | 04/14/20 | J | A | |
| 317. LSV Value Equity Fund Investor | A | Dividend | J | T | Sold (part) | 04/14/20 | J | A | |
| 318. Causeway Emerg Mrkts Fd Inv CL | A | Dividend | J | T | Sold (part) | 12/02/20 | J | A | |
| 319. Dodge & Cox Intnl Stock Fund | A | Dividend | J | T | Sold (part) | 03/06/20 | J | A | |
| 320. JPMorgan Mid CapValue Fund CL I | A | Dividend | J | T | Sold (part) | 02/27/20 | J | A | |
| 321. Oakmark Fund Investor Class | A | Dividend | J | T | Sold (part) | 04/14/20 | J | A | |
| 322. | | | | | Sold (part) | 12/02/20 | J | A | |
| 323. WCM Focused Intl Growth Fund Instl | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Marrero, Victor** | 08/17/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 324. Janus Henderson Enterprise T | A | Dividend | J | T | Sold (part) | 03/12/20 | J | A | |
| 325. Loomis Sayles Growth CL A | A | Dividend | J | T | Sold (part) | 04/08/20 | J | A | |
| 326. MFS Intl Intrinsic Value CL A | A | Dividend | J | T | | | | | |
| 327. TRowe Price Emerg Mrkts Stock Fund I | A | Dividend | J | T | Sold (part) | 04/14/20 | J | A | |
| 328. TRowe Price Intl Stk I | A | Dividend | J | T | Sold (part) | 12/02/20 | J | A | |
| 329. Transamerica Intl Equity CL I | A | Dividend | J | T | Buy (add'l) | 04/14/20 | J | | |
| 330. | | | | | Sold (part) | 12/02/20 | J | A | |
| 331. Fidelity New York Muni Income | A | Dividend | J | T | Sold (part) | 04/08/20 | J | A | |
| 332. | | | | | Sold (part) | 12/02/20 | J | A | |
| 333. Strategic Adv Tax Sensitive Short Duration | A | Dividend | J | T | Sold (part) | 12/02/20 | J | A | |
| 334. Fidelity Sai Tax Free Bond Fund | A | Dividend | J | T | Sold (part) | 12/02/20 | J | A | |
| 335. Blackrock National Muni Fund CL A | A | Dividend | J | T | | | | | |
| 336. Western Asset Managed Muni CL A | A | Dividend | J | T | Sold (part) | 05/19/20 | J | A | |
| 337. TRowe Price Tax Free High Yield | A | Dividend | J | T | | | | | |
| 338. Wells Fargo Muni Bond Fd-Admin CL | A | Dividend | J | T | Buy (add'l) | 05/19/20 | J | | |
| 339. | | | | | Sold (part) | 12/02/20 | J | A | |
| 340. Fidelity Govt Cash Reserves | A | Dividend | J | T | | | | | |

| 1 | Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 | Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Marrero, Victor** | 08/17/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 341.  Flexshares Trust Morningstar Global | A | Dividend | J | T | | | | | |
| 342.  Ishares Core S&P 500 ETF | A | Dividend | J | T | Sold<br>(part) | 04/09/20 | J | A | |
| 343.  Ishares MSCI EAFE ETF | A | Dividend | J | T | Buy<br>(add'l) | 03/13/20 | J | | |
| 344. | | | | | Sold<br>(part) | 04/15/20 | J | A | |
| 345. | | | | | Sold<br>(part) | 12/03/20 | J | A | |
| 346.  Ishares Russell 1000 ETF | A | Dividend | J | T | Buy<br>(add'l) | 04/09/20 | J | | |
| 347. | | | | | Sold<br>(part) | 12/03/20 | J | A | |
| 348.  Ishares Russell 1000 Growth ETF | A | Dividend | J | T | Sold<br>(part) | 12/03/20 | J | A | |
| 349.  Ishares S&P Small Cap 600 Value ETF | A | Dividend | J | T | | | | | |
| 350.  Ishares TR S&P Small Cap 600 Growth ETF | A | Dividend | J | T | Buy<br>(add'l) | 04/09/20 | J | | |
| 351.  Ishares Russell 1000 Value ETF | A | Dividend | J | T | | | | | |
| 352.  Ishares Edge MSCI USA Quality | A | Dividend | J | T | Sold<br>(part) | 12/03/20 | J | A | |
| 353.  Ishares Edge MSCI USA Momentum | A | Dividend | J | T | Buy<br>(add'l) | 03/13/20 | J | | |
| 354. | | | | | Sold<br>(part) | 04/15/20 | J | A | |
| 355.  Ishares Inc Core MSCI Emerg Mkts | A | Dividend | J | T | | | | | |
| 356. | | | | | | | | | |
| 357.  Ishares TR US Treas Bd ETF | A | Dividend | J | T | Buy<br>(add'l) | 04/09/20 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1  Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2  Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3  Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B<br>Income during<br>reporting period<br>(1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | C<br>Gross value at end<br>of reporting period<br>(1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | D<br>Transactions during reporting period<br>(1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 358. | | | | | Sold (part) | 06/03/20 | J | A | |
| 359. Fidelity Emerging Markets | A | Dividend | J | T | | | | | |
| 360. Fidelity Adv. Emerg. Mkts. CI Z | A | Dividend | J | T | | | | | |
| 361. Fidelity Growth Company | A | Dividend | J | T | Sold (part) | 12/02/20 | J | A | |
| 362. Fidelity Overseas | A | Dividend | J | T | Sold (part) | 03/12/20 | J | A | |
| 363. Fidelity Value Discovery | A | Dividend | J | T | Sold (part) | 03/12/20 | J | A | |
| 364. Fidelity Blue Chip Value | A | Dividend | J | T | | | | | |
| 365. Strategic Ads. Tax Sen. Shrt Duration | A | Dividend | J | T | Sold (part) | 12/02/20 | J | A | |
| 366. Fidelity Sai Tax Free Bnd Fd | A | Dividend | J | T | Sold (part) | 12/02/20 | J | A | |
| 367. Fidelity Sai US Treas Bond Index | A | Dividend | J | T | | | | | |
| 368. DFA Emerg. Mkts Core Eq. Portfolio | A | Dividend | J | T | | | | | |
| 369. Dimensional Emerg. Mkts Val. Prtf. Instl | A | Dividend | J | T | | | | | |
| 370. Goldman Sachs Emerg. Mkts Eq. Instl Cl | A | Dividend | J | T | | | | | |
| 371. Harbor Intl Inst. Solicited Order | A | Dividend | J | T | | | | | |
| 372. Oakmark Intl Invest. Cl. | A | Dividend | J | T | | | | | |
| 373. Hartford Schroder Emerg. Mkts Eq Cly | A | Dividend | J | T | Sold (part) | 12/02/20 | J | A | |
| 374. WCM Focused Intl Growth Fd Investor | A | Dividend | J | T | Sold (part) | 12/02/20 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Marrero, Victor** | 08/17/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐   NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 375.  WCM Focused Intl Growth Fd Instl | A | Dividend | J | T | | | | | |
| 376.  IShares Russell Midcap Value ETF | A | Dividend | J | T | | | | | |
| 377.  IShares Russell 2000 ETF | A | Dividend | J | T | | | | | |
| 378.  IShares S&P Midcap 400 | A | Dividend | J | T | | | | | |
| 379.  JPMorgan Value Adv Fund Cl. L | A | Dividend | J | T | Sold<br>(part) | 12/02/20 | J | A | |
| 380.  IShares US Real Estate | A | Dividend | J | T | | | | | |
| 381.  IShares Core S&P Small Cap E | A | Dividend | J | T | | | | | |
| 382.  Mainstay Mackay NY Tax Free Opp Cl A | A | Dividend | J | T | | | | | |
| 383.  Mainstay Mackay High Yield Muni Bd Cl A | A | Dividend | J | T | Sold<br>(part) | 12/02/20 | J | A | |
| 384.  T Rowe Price US Equity Res. Fd | A | Dividend | J | T | Buy | 04/14/20 | J | | |
| 385. | | | | | Sold<br>(part) | 12/02/20 | J | A | |
| 386.  T Rowe Price New Era | A | Dividend | J | T | | | | | |
| 387.  T Rowe Price Overseas Stock I Cl | A | Dividend | J | T | | | | | |
| 388.  T Rowe Price Intl Stk I | A | Dividend | J | T | | | | | |
| 389.  TransAmerica Intl Small Cap Value I | A | Dividend | J | T | | | | | |
| 390.  Vanguard Index FDS Mid-Cap Value Index | A | Dividend | J | T | Buy | 04/15/20 | J | | |
| 391. | | | | | Sold<br>(part) | 12/03/20 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Marrero, Victor** | 08/17/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 392. Vanguard Real Estate ETF | A | Dividend | J | T | Sold (part) | 12/03/20 | J | A | |
| 393. Vanguard Index FDS Vanguard Value | A | Dividend | J | T | Sold (part) | 12/03/20 | J | A | |
| 394. | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Marrero, Victor** | 08/17/2021 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| **Marrero, Victor** | 08/17/2021 |

## IX. CERTIFICATION.

    I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

    I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

                        Signature:  **s/ Victor Marrero**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544